IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Sarah White, on behalf of Z. White, :  Plaintiff(s), : vs. : Commissioner of Social Security, : Defendant(s). : | Case Number: 1:16cv762  Judge Susan J. Dlott |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on June 19, 2017 a Report and Recommendation (Doc. 19). Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 21).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that Plaintiff's claim be REMANDED for additional proceedings with medical expert testimony.

IT IS SO ORDERED.

   s/Susan J. Dlott
Judge Susan J. Dlott
United States District Court